1  JEFFREY A. COHEN, [State Bar 149615]
   jcohen@cohenblg.com
2  JARED C. XU [State Bar 314646]
   jxu@cohenblg.com
3  COHEN BUSINESS LAW GROUP
   10990 WILSHIRE BLVD, Suite 1025
4  Los Angeles, CA  90024
   Telephone: (310) 469-9600
5  Fax: (310) 469-9610

6  Attorneys for Defendant, JAMES ERIC KIRKLAND

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

| GEORGE BENNETT, an individual, STACY BINNS, an individual, JACOB BRANDON, an individual, JOHN BRANDON, an individual, and MATTHEW CLARK, and individual, | Case No. 2:20−CV−01814−MCE−DB |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER FOR REMAND TO STATE COURT** |
| vs. | Assigned to Hon. Morrison C. England, Jr. |
| MATT BURWELL, an individual, DAVID FRANCO, an individual, JAMES ERIC KIRKLAND, an individual, ROBER LIND, an individual, JAMES MCCOY, an individual, PHILIP NORTHCUTT, an individual, NHI L.L.C., a limited liability company, and SIERRA GOLD HEMP, LLC, a limited liability company, | Hearing Date and Time: TBD |
| Defendants. | |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

WHEREAS, Plaintiffs filed their Complaint on December 27, 2019;

WHEREAS, Defendant JAMES ERIC KIRKLAND filed a notice of removal on September 8, 2020;

COHEN
BUSINESS LAW GROUP
A PROFESSIONAL CORPORATION
LOS ANGELES | EL SEGUNDO
CALIFORNIA

1

**STIPULATION AND ORDER TO REMAND**

WHEREAS, an additional party was served with process before the filing of the notice of removal not to Defendant JAMES ERIC KIRKLAND's knowledge;

WHEREAS, Plaintiff and Defendant JAMES ERIC KIRKLAND have now reached an agreement to withdraw the removal in exchange for an extension of time to provide responsive pleadings in the state court matter;

THEREFORE, Plaintiffs and Defendant JAMES ERIC KIRKLAND hereby stipulate and agree that this case be remanded back to the Superior Court of California, County of Nevada.

By: /S/ Craig Diamond
Craig Diamond, Esq. (SBN 89361)
 E-mail: cdiamond@diamondbaker.com
Fran Cole, Esquire
 E-mail: fcole@diamondbaker.com
Diamond Baker Mitchell Cole, LLP
149 Crown Point Ct., Ste. B
Grass Valley, CA 95945
Telephone: (530) 272-9977

*Attorneys for Plaintiffs*

By: /S/ Jared C. Xu
Jeffrey A. Cohen, Esq. (SBN 149615)
 Email: jcohen@cohenblg.com
Jared Xu, Esq. (SBN 314646)
 Email: jxu@cohenblg.com
Cohen Business Law Group, apc
10990 Wilshire Blvd., Ste 1025
Los Angeles, CA 90024

*Attorneys for Defendant* James Eric Kirkland

### ORDER

Based upon the Stipulation set forth above, IT IS HEREBY ORDERED that Case No. 2:20−CV−01814−MCE−DB (*GEORGE BENNETT et al. v. MATT BURWELL et al.*) is remanded to the Superior Court of California, County of Nevada.

**IT IS SO ORDERED.**

**Dated: September 22, 2020**

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE